| AO-10 (WP) Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)* BATES, John D. | 2. Court or Organization U.S. District Court for the District of Columbia | 3. Date of Report 5/15/2006 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* District Judge - Article III (active) | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period 1/1/2005 to 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address U.S. Courthouse 333 Constitution Ave., NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☑ **NONE** (No reportable positions.)

1
2
3

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|

☑ **NONE** (No reportable agreements.)

1
2

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☑ **NONE** (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

☐ **NONE** (No reportable non-investment income.)

| 1 | 2005 | ██████████ | |
| 2 | 2005 | Steptoe & Johnson | |

RECEIVED FINANCIAL DISCLOSURE OFFICE MAY 19 '06 10 56 AM

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D. | 5/15/2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Harvard Law School, Cambridge, MA | Travel and lodging expenses for moot court |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ✓ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ✓ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D. | 5/15/2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Union First Account | A | Interest | K | T | | | | | |
| 2 Sun Trust Accounts | A | Interest | J | T | | | | | |
| 3 Zirkin - City Nat'l Inv. - PSP - C | | | | | | | | | |
| 4 -- Fidelity Adv. Growth & Income | A | Dividend | K | T | | | | | |
| 5 -- CNI Charter Prime Money Fund | A | Dividend | J | T | | | | | |
| 6 -- CISCO Sys. Common | | None | K | T | | | | | |
| 7 -- Arlington Tankers Common | | None | K | T | buy | 1/21 | K | | |
| 8 -- AES Corp Common | | | | | sell | 1/21 | K | D | |
| 9 -- Chevron Texaco Common | | None | K | T | | | | | |
| 10 -- HP Common | | None | K | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 Zirkin-City Natl Inv. - 401K - C | | | | | | | | | |
| 14 -- CNI Charter Prime Money Fund | B | Dividend | K | T | | | | | |
| 15 -- Abbott Labs - Common | | None | K | T | | | | | |
| 16 -- Amer Int'l Group - Common | | None | K | T | | | | | |
| 17 | | | | | | | | | |
| 18 -- Auto Data Proc - Common | | None | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 -- Amer Cap Str Common | | None | K | T | | | | | |
| 20 -- Dow Chem Common | | None | K | T | | | | | |
| 21 -- Home Depot - Common | | None | K | T | | | | | |
| 22 -- JP Morgan Chase & Co - Common | | None | K | T | | | | | |
| 23 | | | | | | | | | |
| 24 -- Pfizer Common | | None | K | T | | | | | |
| 25 -- Tyco Int'l Common | | None | K | T | | | | | |
| 26 | | | | | | | | | |
| 27 -- Bank of Amer. - Common | | None | K | T | | | | | |
| 28 -- SLM Corp. - Common | | None | K | T | | | | | |
| -- Wash Mutual Common | | None | K | T | | | | | |
| -- Procter & Gamble - Common | | None | K | T | | | | | |
| -- Zimmer Hldgs - Common | | None | K | T | | | | | |
| -- Verizon Common | | None | K | T | | | | | |
| -- Capital One Fin'l Pref. | | | | | merger | 5/17 | L | | |
| -- Capital One Fin'l Common | | None | L | T | merger | 5/17 | L | | |
| -- Quest Diag. - Common | | None | L | T | | | | | |
| -- Baxter Int'l Pref | | None | K | T | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001- $100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001- $100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 Smith Barney - Joint | | | | | | | | | |
| 38 -- Citibank Money Fund | A | Interest | L | T | withdraw | 6/02 | K | | |
| 39 -- AIM Aggressive Growth | | Dividend | J | T | | | | | |
| 40 -- AIM Const Fund C | | Dividend | J | T | | | | | |
| 41 -- GE Life & Annuity | B | Dividend | J | T | | | | | |
| 42 -- Transamerica Life Annuity (PLF endeavor) | A | Dividend | J | T | | | | | |
| 43 -- Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 44 -- Fidelity Dividend Growth | A | Dividend | J | T | | | | | |
| 45 Zirkin - USB Fin'l Servs - IRA - J | | | | | | | | | |
| 46 -- SBC Comm. Common | | | | | buy | 1/21 | K | | |
| 46 -- AT&T Inc. Common | | None | K | T | name change | 11/22 | K | | |
| 47 -- IBM Common | | None | K | T | | | | | |
| 48 -- Medtronic Common | | None | K | T | | | | | |
| 49 -- UBS PW Retirement Money Fund | A | Dividend | K | T | | | | | |
| 50 -- Alltel Corp. Pref. | | | | | exchange | 5/17 | K | | |
| 50 -- Alltel Corp. Common | | None | K | T | exchange | 5/17 | K | | |
| 51 -- Genuine Parts Common | | None | K | T | | | | | |
| 52 -- Untd Tech Common | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 4  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 53 -- AES Corp Common | | | | | sell | 1/21 | K | D | |
| 54 -- Colgate Palmolive Common | | None | K | T | | | | | |
| 55 -- Tribune Common | | None | K | T | | | | | |
| 56 Zirkin - UBS Fin'l Servs. - IRA - C | | | | | | | | | |
| 57 -- CINN Fin'l Corp. Common | B | Dividend | K | T | | | | | |
| 58 -- UBS PW Retirement Money Fund | A | Dividend | J | T | | | | | |
| 59 Citibank Account - B | A | Interest | K | T | withdraw | var. | K | | |
| 60 Smith Barney - K | | | | | | | | | |
| 61 -- AIM Const. Fund | A | Dividend | K | T | | | | | |
| 62 -- Invest Co. of Amer | A | Dividend | J | T | | | | | |
| 63 -- Fidelity Blue Chip Growth | A | Dividend | K | T | | | | | |
| 64 -- Fidelity Dividend Growth | A | Dividend | K | T | | | | | |
| 65 Zirkin - UBS Fin'l Servs. - Joint | | | | | | | | | |
| 66 -- Citigroup Common | | None | K | T | | | | | |
| 67 -- Clorox Common | | None | K | T | | | | | |
| 68 -- First Data Common | | None | K | T | | | | | |
| 69 -- Fiserv Inc. Common | | None | K | T | | | | | |
| 70 -- Gannett Co. Common | | None | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D. | 5/15/2006 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 71 -- Time Warner Common | | None | K | T | | | | | |
| 72 -- United Health Common | | None | L | T | | | | | |
| 73 -- Wyeth Common | | None | K | T | | | | | |
| 74 -- RMA Money Mkt | D | Dividend | N | T | buy/sell | var. | | | |
| 75 -- AES Corp. Common | | None | K | T | buy | 1/21 | K | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Regarding Part VII: █████████ inheritance caused increase in line 74 (RMA Money Mkt) over line 86 of previous year's (2004) report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____████████████_____          Date ___May 15, 2006___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 (WP)<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978,*<br>*(5 U.S.C. app. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br>BATES, John D. | 2. Court or Organization<br>U.S. District Court for the District of Columbia | 3. Date of Report<br>7/27/2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>District Judge - Article III (active) | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>1/1/2005 to 12/31/2005 |

| 7. Chambers or Office Address<br>U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✓ **NONE** (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ **NONE** (No reportable agreements.) | |
| 1 | |
| 2 | |

*[RECEIVED 2006 AUG -7 A 11:01 FINANCIAL DISCLOSURE OFFICE]*

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ✓ **NONE** (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1 | 2005 | ████████████ |
| 2 | 2005 | Steptoe & Johnson |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Harvard Law School, Cambridge, MA | Travel and lodging expenses for moot court, March 22-23, 2005 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☑ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☑ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D. | 7/27/2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Union First Account | A | Interest | K | T | | | | | |
| 2  Sun Trust Accounts | A | Interest | J | T | | | | | |
| 3  Zirkin - City Nat'l Inv. - PSP - C | | | | | | | | | |
| 4  -- Fidelity Adv. Growth & Income | A | Dividend | K | T | | | | | |
| 5  -- CNI Charter Prime Money Fund | A | Dividend | J | T | | | | | |
| 6  -- CISCO Sys. Common | | None | K | T | | | | | |
| 7  -- Arlington Tankers Common | | None | K | T | buy | 1/21 | K | | |
| 8  -- AES Corp Common | | None | | | sell | 1/21 | K | D | |
| 9  -- Chevron Texaco Common | | None | K | T | | | | | |
| 10  -- HP Common | | None | K | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13  Zirkin-City Natl Inv. - 401K - C | | | | | | | | | |
| 14  -- CNI Charter Prime Money Fund | B | Dividend | K | T | | | | | |
| 15  -- Abbott Labs - Common | | None | K | T | | | | | |
| 16  -- Amer Int'l Group - Common | | None | K | T | | | | | |
| 17 | | | | | | | | | |
| 18  -- Auto Data Proc - Common | | None | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 -- Amer Cap Str Common | None | | K | T | | | | | |
| 20 -- Dow Chem Common | None | | K | T | | | | | |
| 21 -- Home Depot - Common | None | | K | T | | | | | |
| 22 -- JP Morgan Chase & Co - Common | None | | K | T | | | | | |
| 23 | | | | | | | | | |
| 24 -- Pfizer Common | None | | K | T | | | | | |
| 25 -- Tyco Int'l Common | None | | K | T | | | | | |
| 26 | | | | | | | | | |
| 27 -- Bank of Amer. - Common | None | | K | T | | | | | |
| 28 -- SLM Corp. - Common | None | | K | T | | | | | |
| 29 -- Wash Mutual Common | None | | K | T | | | | | |
| 30 -- Procter & Gamble - Common | None | | K | T | | | | | |
| 31 -- Zimmer Hldgs - Common | None | | K | T | | | | | |
| 32 -- Verizon Common | None | | K | T | | | | | |
| 33 -- Capital One Fin'l Pref. | | | | | merger | 5/17 | L | | |
| 34 -- Capital One Fin'l Common | None | | L | T | merger | 5/17 | L | | |
| 35 -- Quest Diag. - Common | None | | L | T | | | | | |
| 36 -- Baxter Int'l Pref | None | | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P3=$25,000,001-$50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 P4=More than $50,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D. | 7/27/2006 |

## VII. Page 5  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 71  -- Time Warner Common | | None | K | T | | | | | |
| 72  -- United Health Common | | None | L | T | | | | | |
| 73  -- Wyeth Common | | None | K | T | | | | | |
| 74  -- RMA Money Mkt | D | Dividend | N | T | buy/sell | var. | N | | |
| 75  -- AES Corp. Common | | None | K | T | buy | 1/21 | K | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Regarding Part VII: ████ inheritance caused increase in line 74 (RMA Money Mkt) over line 86 of previous year's (2004) report.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████                     Date ___July 27, 2006___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544